```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  SANDRA R. BROWN
    Assistant United States Attorney
    Chief, Tax Division
 3  EVAN J. DAVIS (SBN 250484)
 4  Assistant United States Attorney
       Room 7211, Federal Building
 5     300 N. Los Angeles Street
       Los Angeles, California 90012
 6     Telephone:  (213) 894-4850
       Facsimile:  (213) 894-0115
 7     E-mail: Evan.Davis@usdoj.gov

 8  Attorneys for Petitioner
    United States of America
 9
```

FILED
CLERK, U.S. DISTRICT COURT
FEB -5 2007
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CV08-00713 GAF (SHx) |
| Petitioner, | [PROPOSED] ORDER TO SHOW CAUSE |
| v. | |
| THOMAS F. SCOTTON | |
| Respondent. | |

Upon the Petition and supporting Memorandum of Points and Authorities, and the supporting Declaration to the Petition, the Court finds that Petitioner has established its *prima facie* case for judicial enforcement of the subject Internal Revenue Service summons. See United States v. Powell, 379 U.S. 48, 57-58, 85 S.Ct. 248, 13 L.Ed.2d 112 (1964); see also, Crystal v. United States, 172 F.3d 1141, 1143-1144 (9th Cir. 1999); United States v. Jose, 131 F.3d 1325, 1327 (9th Cir. 1997); Fortney v. United States, 59 F.3d 117, 119-120 (9th Cir. 1995) (the Government's *prima facie* case is typically made through the sworn declaration of the IRS agent who issued the summons); accord,

1  United States v. Gilleran, 992 F.2d 232, 233 (9th Cir. 1993).
2       Therefore, **IT IS ORDERED** that Respondent appear before this
3  District Court of the United States for the Central District of
4  California, in Courtroom No. 740,

5  ☐   United States Courthouse
       312 North Spring Street, Los Angeles, California, 90012

7  ☒   Roybal Federal Building and United States Courthouse
       255 E. Temple Street, Los Angeles, California, 90012

9  ☐   Ronald Reagan Federal Building and United States Courthouse
       411 West Fourth Street, Santa Ana, California, 92701

11 ☐   Brown Federal Building and United States Courthouse
       3470 Twelfth Street, Riverside, California, 92501

13 ☐   _____

15 on _____March 3_____, 2008, at __9:30 a__.m.,
16 and show cause why the testimony and production of books, papers,
17 records, and other data demanded in the subject Internal Revenue
18 Service summons should not be compelled.
19      **IT IS FURTHER ORDERED** that copies of this Order, the
20 Petition, Memorandum of Points and Authorities, and accompanying
21 Declaration be served promptly upon Respondent by any employee of
22 the Internal Revenue Service by personal delivery or by certified
23 mail.
24      **IT IS FURTHER ORDERED** that within ten days after service
25 upon Respondent of the herein-described documents, Respondent
26 shall file and serve a written response, supported by appropriate
27 sworn statements, as well as any desired motions.  If, prior to
28 the appearance date set by this Order, Respondent files a response

1  with the Court stating that Respondent does not desire to oppose
2  the relief sought in the Petition, nor wish to make an
3  appearance, then the appearance of Respondent at any hearing
4  pursuant to this Order to Show Cause is excused, and Respondent
5  shall be deemed to have complied with the requirements of this
6  Order.

7  **IT IS FURTHER ORDERED** that all motions and issues raised by
8  the pleadings will be considered on the appearance date set by this
9  Order.  Only those issues raised by motion or brought into
10 controversy by the responsive pleadings and supported by sworn
11 statements filed within ten days after service of the herein-
12 described documents will be considered by the Court.  All
13 allegations in the Petition not contested by such responsive
14 pleadings or by sworn statements will be deemed admitted.
15 SO ORDERED:  This ____ day of _____, 2008.

18                         UNITED STATES DISTRICT JUDGE

19 Presented By:

20 THOMAS P. O'BRIEN
   United States Attorney
21 SANDRA R. BROWN
   Assistant United States Attorney
22 Chief, Tax Division

23

24 EVAN J. DAVIS
   Assistant United States Attorney
25
   Attorneys for the United States of America,
26 Petitioner

27

28

3