THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
EVAN J. DAVIS (SBN 250484)
Assistant United States Attorney
   Room 7211, Federal Building
   300 N. Los Angeles Street
   Los Angeles, California 90012
   Telephone: (213) 894-4850
   Facsimile: (213) 894-0115
   E-mail: Evan.Davis@usdoj.gov

Attorneys for Petitioner
United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. CV08-00713 GAF (SHx) |
|---|---|
| Petitioner, | ) [PROPOSED] ORDER TO SHOW CAUSE |
| v. | ) |
| THOMAS F. SCOTTON | ) |
| Respondent. | ) |

Upon the Petition and supporting Memorandum of Points and Authorities, and the supporting Declaration to the Petition, the Court finds that Petitioner has established its *prima facie* case for judicial enforcement of the subject Internal Revenue Service summons. *See* United States v. Powell, 379 U.S. 48, 57-58, 85 S.Ct. 248, 13 L.Ed.2d 112 (1964); see also, Crystal v. United States, 172 F.3d 1141, 1143-1144 (9th Cir. 1999); United States v. Jose, 131 F.3d 1325, 1327 (9th Cir. 1997); Fortney v. United States, 59 F.3d 117, 119-120 (9th Cir. 1995) (the Government's *prima facie* case is typically made through the sworn declaration of the IRS agent who issued the summons); accord,

1 | United States v. Gilleran, 992 F.2d 232, 233 (9th Cir. 1993).
2 |     Therefore, **IT IS ORDERED** that Respondent appear before this
3 | District Court of the United States for the Central District of
4 | California, in Courtroom No. 740,

5 | ☐ United States Courthouse
6 |   312 North Spring Street, Los Angeles, California, 90012

7 | ☒ Roybal Federal Building and United States Courthouse
8 |   255 E. Temple Street, Los Angeles, California, 90012

9 | ☐ Ronald Reagan Federal Building and United States Courthouse
10|   411 West Fourth Street, Santa Ana, California, 92701

11| ☐ Brown Federal Building and United States Courthouse
12|   3470 Twelfth Street, Riverside, California, 92501

13| ☐ _____
14|   _____

15| on _____March 3_____, 2008, at __9:30 a__.m.,
16| and show cause why the testimony and production of books, papers,
17| records, and other data demanded in the subject Internal Revenue
18| Service summons should not be compelled.
19|     **IT IS FURTHER ORDERED** that copies of this Order, the
20| Petition, Memorandum of Points and Authorities, and accompanying
21| Declaration be served promptly upon Respondent by any employee of
22| the Internal Revenue Service by personal delivery or by certified
23| mail.
24|     **IT IS FURTHER ORDERED** that within ten days after service
25| upon Respondent of the herein-described documents, Respondent
26| shall file and serve a written response, supported by appropriate
27| sworn statements, as well as any desired motions. If, prior to
28| the appearance date set by this Order, Respondent files a response

1 with the Court stating that Respondent does not desire to oppose
2 the relief sought in the Petition, nor wish to make an
3 appearance, then the appearance of Respondent at any hearing
4 pursuant to this Order to Show Cause is excused, and Respondent
5 shall be deemed to have complied with the requirements of this
6 Order.

7 **IT IS FURTHER ORDERED** that all motions and issues raised by
8 the pleadings will be considered on the appearance date set by this
9 Order. Only those issues raised by motion or brought into
10 controversy by the responsive pleadings and supported by sworn
11 statements filed within ten days after service of the herein-
12 described documents will be considered by the Court. All
13 allegations in the Petition not contested by such responsive
14 pleadings or by sworn statements will be deemed admitted.
15 SO ORDERED: This 4th day of February, 2008.

UNITED STATES DISTRICT JUDGE

Presented By:

THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

EVAN J. DAVIS
Assistant United States Attorney

Attorneys for the United States of America,
Petitioner